**Motion Granted and Order filed February 20, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00125-CV
_____

**TARGET CORPORATION, Appellant**

**V.**

**D&H PROPERTIES, LLC, Appellee**

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2019-02168**

## ORDER

This appeal from a final judgment is related to an interlocutory appeal previously filed in this court: No. 14-19-00812-CV, *Target Corp. v. D&H Props., LLC*. Appellant filed an unopposed motion asking that the parties be permitted in this appeal to cite to the appellate record from the first appeal.

The motion is granted. The clerk of this court is directed to file a copy of the appellate record in appeal number 14-19-00812-CV into this appeal.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.